UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENDRA POSTELL,

        Plaintiff,                     Case No. 19-cv-10764

v.                                            Paul D. Borman
                                          United States District Judge

COMMISSIONER OF                 R. Steven Whalen
SOCIAL SECURITY,                 United States Magistrate Judge

        Defendant.

_____/

**ORDER (1) ADOPTING MAGISTRATE JUDGE WHALEN'S
JUNE 23, 2020 REPORT AND RECOMMENDATION (ECF NO. 23),
(2) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
(ECF NO. 21),
(3) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
(ECF NO. 17), AND
(4) AFFIRMING THE FINDINGS OF THE COMMISSIONER**

On June 23, 2020, Magistrate Judge R. Steven Whalen issued a Report and Recommendation to Grant Defendant's Motion for Summary Judgment, Deny Plaintiff's Motion for Summary Judgment, and Affirm the findings of the Commissioner in this action challenging the Commissioner's final decision to deny Plaintiff's applications for Disability Insurance Benefits and Supplemental Security Income under the Social Security Act. (ECF No. 23, Report and Recommendation.) Having reviewed the Report and Recommendation, and there being no timely

objections under 28 U.S.C. § 636(b)(1) and E.D. Mich. L.R. 72.1(d), the Court **ADOPTS** the Report and Recommendation, **DENIES** Plaintiff's Motion for Summary Judgment (ECF No. 17), **GRANTS** Defendant's Motion for Summary Judgment (ECF No. 21), and **AFFIRMS** the findings of the Commissioner.

IT IS SO ORDERED.

s/Paul D. Borman
Paul D. Borman
United States District Judge

Dated: July 14, 2020